**David H. WHELAN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2007–3040.

United States Court of Appeals, Federal Circuit.

Aug. 10, 2007.

Philip D. Moran, Law Offices of Philip D. Moran, P.C., of Salem, Massachusetts, argued for petitioner.

David M. Hibey, Trial Attorney, Commerical Litigation Branch, Civil Division, United States Department of Justice, of Washington, D.C., argued for respondent. With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes,

Assistant Director. Of counsel was Elizabeth Thomas, Attorney.

MICHEL, Chief Judge, SCHALL, Circuit Judge, and BUCKLO *, District Judge.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.